UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
KESTER, KEVIN L § Case No. 12-12408
KESTER, TINA B §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on           . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/J. MICHAEL MORRIS_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 12-12408 DLS Judge: DALE L. SOMERS  Trustee Name: J. MICHAEL MORRIS
Case Name: KESTER, KEVIN L  Date Filed (f) or Converted (c): 08/29/12 (f)
KESTER, TINA B  341(a) Meeting Date: 10/01/12
For Period Ending: 04/30/13  Claims Bar Date: 01/14/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 107 Suelynn, Sedgwick, Kansas 67135 | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 20.00 | 20.00 | | 0.00 | FA |
| 3. Halstead Bank - [co-debtor's father's account] on | Unknown | 0.00 | | 0.00 | FA |
| 4. Commerce Bank [son's account] on title only | Unknown | 0.00 | | 0.00 | FA |
| 5. Halstead Bank [son's account] on title only | Unknown | 0.00 | | 0.00 | FA |
| 6. Checking @ Halstead Bank | 180.00 | 210.12 | | 210.12 | FA |
| 7. Savings @ Meritrust Credit Union | 4.00 | 29.52 | | 0.00 | FA |
| 8. Savings @ Halstead Bank | 0.00 | 1.38 | | 1.38 | FA |
| 9. Misc household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 10. Misc books and pictures | 30.00 | 0.00 | | 0.00 | FA |
| 11. Misc clothing | 200.00 | 0.00 | | 0.00 | FA |
| 12. wedding rings | 300.00 | 0.00 | | 0.00 | FA |
| 13. 401K | 20,000.00 | 0.00 | | 0.00 | FA |
| 14. Kpers | 11,640.78 | 0.00 | | 0.00 | FA |
| 15. 2007 Gmc Acadia surrendered to Meritrust, not yet | 20,000.00 | 0.00 | | 0.00 | FA |
| 16. 2000 Dodge Dakota surrendered to Meritrust, not ye | 3,500.00 | 0.00 | | 0.00 | FA |
| 17. 2011 Dodge Calibur | 14,000.00 | 0.00 | | 0.00 | FA |
| 18. 1987 Dodge Dakota | 400.00 | 0.00 | | 0.00 | FA |
| 19. 2000 Chevy Silverado 1500 [son's vehicle] | Unknown | 0.00 | | 0.00 | FA |
| 20. EARNED WAGES (u) | 0.00 | 997.14 | | 997.14 | FA |
| 21. 2012 TAX REFUNDS (u) | 0.00 | 0.00 | | 546.81 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $215,774.78   $1,258.16   $1,755.45   $0.00
(Total Dollar Amount in Column 6)

| | | | |
|---|---|---|---|
| Case No: | 12-12408  DLS  Judge: DALE L. SOMERS | Trustee Name: | J. MICHAEL MORRIS |
| Case Name: | KESTER, KEVIN L | Date Filed (f) or Converted (c): | 08/29/12 (f) |
| | KESTER, TINA B | 341(a) Meeting Date: | 10/01/12 |
| | | Claims Bar Date: | 01/14/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO UST ON 04/25/2013

Initial Projected Date of Final Report (TFR): 06/15/13     Current Projected Date of Final Report (TFR): 06/15/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-12408 -DLS | | Trustee Name: | J. MICHAEL MORRIS |
|---|---|---|---|---|
| Case Name: | KESTER, KEVIN L | | Bank Name: | Bank of Kansas City |
| | KESTER, TINA B | | Account Number / CD #: | *******2007 Checking Account |
| Taxpayer ID No: | *******0263 | | | |
| For Period Ending: | 04/30/13 | | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/12 | 6 | KEVIN L KESTER<br>107 SUELYNN<br>SEDGWICK, KS 67135-9521 | BANK ACCOUNT | 1129-000 | 200.00 | | 200.00 |
| 12/04/12 | 20 | KEVIN L KESTER<br>107 SUELYNN<br>SEDGWICK, KS 67135-9521 | EARNED WAGES | 1229-000 | 200.00 | | 400.00 |
| 01/08/13 | 20 | KEVIN L KESTER<br>107 SUELYNN<br>SEDGWICK, KS 67135-9521 | EARNED WAGES | 1229-000 | 200.00 | | 600.00 |
| 02/05/13 | 20 | KEVIN L KESTER<br>107 SUELYNN<br>SEDGWICK, KS 67135-9521 | EARNED WAGES | 1229-000 | 200.00 | | 800.00 |
| 03/05/13 | 20 | KEVIN L KESTER<br>107 SUELYNN<br>SEDGWICK, KS 67135-9521 | EARNED WAGES | 1229-000 | 200.00 | | 1,000.00 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.03 | 998.97 |
| 03/19/13 | 21 | KEVIN L KESTER<br>107 SUELYNN<br>SEDGWICK, KS 67135-9521 | 2012 TAX REFUNDS | 1224-000 | 546.81 | | 1,545.78 |
| 04/04/13 | | KEVIN L KESTER<br>107 SUELYNN<br>SEDGWICK, KS 67135-9521 | EARNED WAGES / TAX REFUNDS | | 208.64 | | 1,754.42 |
| | 20 | | Memo Amount: 197.14<br>EARNED WAGES | 1229-000 | | | |
| | 6 | | Memo Amount: 10.12<br>BANK ACCOUNT | 1129-000 | | | |
| | 8 | | Memo Amount: 1.38<br>BANK ACCOUNT | 1129-000 | | | |

| | | Page Subtotals | 1,755.45 | 1.03 |
|---|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-12408 -DLS | Trustee Name: | J. MICHAEL MORRIS |
|---|---|---|---|
| Case Name: | KESTER, KEVIN L | Bank Name: | Bank of Kansas City |
| | KESTER, TINA B | Account Number / CD #: | *******2007 Checking Account |
| Taxpayer ID No: | *******0263 | | |
| For Period Ending: | 04/30/13 | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.49 | 1,752.93 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 208.64 | COLUMN TOTALS | | 1,755.45 | 2.52 | 1,752.93 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,755.45 | 2.52 | |
| | Memo Allocation Net: | 208.64 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,755.45 | 2.52 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 208.64 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - ********2007 | | 1,755.45 | 2.52 | 1,752.93 |
| | Total Memo Allocation Net: | 208.64 | | | 1,755.45 | 2.52 | 1,752.93 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1.49

Case Number: 12-12408
Debtor Name: KESTER, KEVIN L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Meritrust Credit Union<br>PO Box 789757<br>Wichita KS 67278 | Unsecured | Filed 11/29/12 | $22,176.08 | $0.00 | $22,176.08 |
| 000003 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 430543025 | Unsecured | Filed 10/09/12 | $4,105.00 | $0.00 | $4,105.00 |
| 000004 070 7100-00 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte NC 282721083 | Unsecured | Filed 10/26/12 | $284.99 | $0.00 | $284.99 |
| 000006 070 7100-00 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | Filed 11/14/12 | $896.51 | $0.00 | $896.51 |
| 000007 070 7100-00 | US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | Filed 12/07/12<br>(7-1) student loans | $27,058.58 | $0.00 | $27,058.58 |
| 000008 070 7100-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | Filed 12/10/12 | $2,011.63 | $0.00 | $2,011.63 |
| 000009 070 7100-00 | PYOD L L C its successors and assigns as<br>assignee of Citibank N A<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Unsecured | Filed 12/17/12 | $3,205.39 | $0.00 | $3,205.39 |
| 000010 070 7100-00 | Citibank NA<br>co American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 731248840 | Unsecured | Filed 12/28/12 | $5,034.81 | $0.00 | $5,034.81 |
| 000011 070 7100-00 | Citibank NA<br>co American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 731248840 | Unsecured | Filed 12/28/12 | $4,114.58 | $0.00 | $4,114.58 |
| 000012 070 7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Filed 01/14/13 | $3,682.27 | $0.00 | $3,682.27 |
| 000002 050 4210-00 | Credit Union of America<br>PO Box 47528<br>Wichita KS 67201-7528 | Secured | Filed 10/02/12<br>3001.1 NOTICE | $19,524.99 | $0.00 | $19,524.99 |

Case Number: 12-12408
Debtor Name: KESTER, KEVIN L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005 050 4210-00 | Ford Motor Credit Company LLC PO Box 6275 Dearborn MI 48121 | Secured | Filed 10/30/12 3001.1 NOTICE | $28,518.12 | $0.00 | $28,518.12 |
| | Case Totals: | | | $120,612.95 | $0.00 | $120,612.95 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-12408
Case Name: KESTER, KEVIN L
 KESTER, TINA B
Trustee Name: J. MICHAEL MORRIS

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Credit Union of America | $ | $ | $ | $ |
| 000005 | Ford Motor Credit Company LLC | $ | $ | $ | $ |

Total to be paid to secured creditors  $_____

Remaining Balance  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: J. MICHAEL MORRIS | $ | $ | $ |
| Trustee Expenses: J. MICHAEL MORRIS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Meritrust Credit Union | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Capital One Bank USA NA | $ | $ | $ |
| 000006 | Credit First NA | $ | $ | $ |
| 000007 | US Dept of Education | $ | $ | $ |
| 000008 | eCAST Settlement Corporation | $ | $ | $ |
| 000009 | PYOD L L C its successors and assigns as | $ | $ | $ |
| 000010 | Citibank NA | $ | $ | $ |
| 000011 | Citibank NA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Investments II LLC | $ | $ | $ |

       Total to be paid to timely general unsecured creditors       $_____

       Remaining Balance       $_____

       Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

       Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 11)

Case 12-12408    Doc# 42    Filed 04/30/13    Page 11 of 11